**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF                                              CLARKSON S. FISHER BLDG. AND U.S. COURTHOUSE
*GARRETT E. BROWN, JR.*                               402 EAST STATE STREET ROOM 2020
CHIEF JUDGE                                                   TRENTON, NEW JERSEY 08608

October 22, 2010

**LETTER ORDER**

**RE:**    *Snell v. United States of America*, Civil No. 10-2072

       Before the Court is Quadir Snell's petition to vacate his sentence pursuant to 28 U.S.C. § 2255. By Order of July 20, 2010, this Court instructed the Government to file and serve and Answer responding to Plaintiff's allegations within 45 days, and permitted Plaintiff to file a reply brief within 30 days of the Government's Answer. (Doc. No. 5.) By letter postmarked the same day (*see* Doc. No. 6), Petitioner advised the Court that his address of incarceration has changed. The Court notes that the Government timely filed its Answer on July 29, 2010, but that the certificate of service indicates that Petitioner was served at his old address. It does not appear that Petitioner received either this Court's July 20, 2010 Order or the Government's Answer.

       Accordingly, the Court hereby ORDERS the Government to serve a copy of its Answer and accompanying exhibits upon Petitioner no later than October 27, 2010. Petitioner may file a reply to the Government's Answer no later than November 29, 2010. In addition, the Clerk shall serve a copy of this Court's July 20, 2010 Order upon Petitioner, but the deadlines set in that Order shall be superseded by the deadlines imposed in this Letter Order.

                                                 IT IS SO ORDERED.

                                                 S/ GARRETT E. BROWN, JR.
                                                 Garrett E. Brown, Jr., Chief Judge
                                                 United States District Court